**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:19CR187** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JOSEPH L. JOHNSON,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

      This matter is before the court on the government's Motion to Continue Trial [42]. Counsel for the government will be in another trial before Judge Smith Camp the weeks of December 2 and 9, 2019. The defendant, through counsel, does not object to a continuance. For good cause shown,

      **IT IS ORDERED** that the Motion to Continue Trial [42] is granted in part, as follows:

1. The jury trial, now set for December 9, 2019, is continued to **January 6, 2020.**

2. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than December 6, 2019**.** The objecting party must comply with all requirements of NECrimR 59.2.

      **DATED: December 2, 2019.**

                          **BY THE COURT:**


                          **s/ Michael D. Nelson
United States Magistrate Judge**